# EXHIBIT 2

DECLARATION CONCERNING AUTHENTICITY OF RECORDS

I, _____Barbara Koenigsberg_____, hereby declare under penalty of perjury that the following statements are true and correct:

1. I am personally familiar with the representations made in this declaration because I am the custodian of the records.

2. The following items have been provided from the records of _The United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), U.S. Citizenship and Immigration Services (USCIS), Customs and Border Protection (CBP), and their predecessor agency, United States Immigration and Naturalization Service (INS)_.

The records I am certifying are attached to this certification and are described as follows:

**Contents of Alien file** (A-file) A94 666 247

Bates ranges: in the name of Habteab Berhe Temanu 00000087-00000117, 00000156-00000194, 00000196-00000278

Including the following Documents:

| Bates Number | Description |
|---|---|
| 00000089<br><br>00000268 | March 18, 2004 JVA Case History |
| 00000095-<br>00000099<br><br>00000179-<br>00000183 | I-485 Application to Register Permanent Residence or Adjust Status |

1

| | |
|---|---|
| 00000100<br>00000184<br>00000188<br>00000189<br>00000190 | G-325A, Biographic Information |
| 00000101<br><br>00000185 | I-94 Departure Record |
| 00000102-<br>00000103<br><br>00000186-<br>00000187 | Copies of Colorado Driver's License and Social Security card |
| 00000104<br>00000156 | Certificate of Naturalization |
| 00000105-<br>00000114<br>00000157-<br>00000166 | N-400, Application for Naturalization |
| 00000115-<br>00000117<br>00000172<br>00000175-<br>00000176 | Copies of Colorado Driver's License and Lawful Permanent Resident card |
| 00000169-<br>00000171 | U.S. Naturalization Tests: Civics and English |
| 00000173 | I-797 Request for Applicant to Appear for Naturalization Initial Interview |
| 00000177-<br>00000178 | Form N-445, Notice of Naturalization Oath Ceremony |
| 00000192 | Photograph provided in connection with I-485 application |
| 00000206 | N-400 Inventory Checklist |

| 00000216 | Medical Examination for Immigrant or Refugee Applicant |
|---|---|
| 00000217 | June 10, 2004 Letter from Department of Homeland Security |
| 00000218-00000219 | Registration for Classification as Refugee |
| 00000220 | Form G-325C Biographic Information |
| 00000221-00000223 | Affidavit of Relationship, copy of Social Security card, copy of Resident Alien card |
| 00000226-00000224 | Sworn Statement of Refugee Applying for Admission into the United States |
| 00000227 | Fingerprinting Applicant Information Worksheet |
| 00000228 00000230 00000231 00000278 | Photographs provided in connection with refugee application |
| 00000245-00000248 | Notice of Eligibility for Resettlement |
| 00000249-00000251 | Joint Voluntary Agency/Kenya Form III |
| 00000258 | Notice of Affidavit of Relationship (AOR) Verification |
| 00000276 | Application for Employment Authorization |

3. I hereby certify that the items described above are either original records or true copies of records of the listed entity that were:

    a.    made at or near the time of the occurrence of the matters set forth in the records;

    b.    received, kept and maintained as records of the listed entity for the purpose of carrying out the function(s) of the listed entity;

     c.    by a person with knowledge of the matters set forth in the records, or from information transmitted by a person with knowledge of the matters; and

     d.    kept in the course of the regular business activity of the listed entity: DHS, ICE, CBP, USCIS or INS.

4. I certify that it was the regular practice of the listed entity (and its predecessor, if applicable) to make and keep such records.

Sworn to this ___1___ day of August, 2013.

**Declarant's Signature:** _[signature]_

**Declarant's Name Printed:** Barbara Jolene Koenigsberg

**Declarant's Title and Agency:** D19 Records Manager, USCIS

**Declarant's Business Address:** 12484 East Weaver Place

Centennial, CO 80111

4