**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: September 12, 2013
Interpreters: Abadi H. Tesfagaber
                Tesfa Araya

Courtroom Deputy: Bernique Abiakam
Court Reporter: Mary George

---

Criminal Action No.: 12-cr-00346-JLK

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN DOE
    a/k/a Habteab Berhe Temanu,
    a/k/a Habteab B Temanu,
    a/k/a "TUFU",
    a/k/a Kefelegn Alemu,
    a/k/a Kefelegne Alemu Worku,

    Defendant.

*Counsel:*

Brenda K. Taylor
Lillian L. Alves

Matthew C. Golla

---

## COURTROOM MINUTES

**Motions Hearing**

**2:16 p.m.    Court in session**.

Court calls case.  Counsel present.  Defendant present in custody.

Interpreters sworn.

Preliminary remarks by the Court.

**ORDERED:** Motion To Withdraw Document #64 (Filed 9/12/13; Doc. No. 72) is **GRANTED.**

**ORDERED:** Defendant's Motion To Suppress Statements (Filed 3/5/13; Doc. No. 23) is **DENIED as MOOT.**

*12-cr-00346-JLK*
*Motions Hearing*
*September 12, 2013*

Argument heard on Doc. No. 24.

| | |
|---|---|
| 2:19 p.m. | Government's witness, Jeffrey Wayne Lembke, called and sworn. |
| 2:20 p.m. | Direct examination begins by Ms. Taylor. |

**Government's Exhibit 1 offered and admitted.**

2:33 p.m.     Continued direct examination by Ms. Taylor.

Objection by Mr. Golla regarding examination and testimony.  OVERRULED.

| | |
|---|---|
| 2:37 p.m. | Continued direct examination by Ms. Taylor. |
| 2:46 p.m. | Cross examination begins by Mr. Golla. |
| 3:11 p.m. | Redirect examination by Mr. Taylor. |
| 3:15 p.m. | Witness excused. |
| 3:17 p.m. | Government's witness via video conference, Joseph C. Iannaccone, called and sworn.<br>Direct examination begins by Ms. Taylor. |
| 3:25 p.m. | Cross examination begins by Mr. Golla. |
| 3:41 p.m. | Witness excused. |
| 3:43 p.m. | Government's witness, Michael B. Tarantino, called and sworn.<br>Direct examination begins by Ms. Taylor. |

**Government's Exhibit 2 offered and admitted.**

**3:20 p.m.     Continued direct examination by Ms. Taylor.**

Objection by Mr. Golla regarding questioning.  SUSTAINED.

3:25 p.m.     Continued direct examination by Ms. Taylor.

**Defendant's Exhibit C, offered and admitted.**

3:30 p.m.     Cross examination begins by Mr. Golla.

**Government's Exhibit 4, offered and admitted.**

*12-cr-00346-JLK*
*Motions Hearing*
*September 12, 2013*

| | |
|---|---|
| 3:52 p.m. | Continued direct examination by Mr. Taylor. |
| 3:58 p.m. | Cross examination begins by Mr. Golla. |
| 4:05 p.m. | Witness excused. |
| 4:07 p.m. | Government's witness, Federico Cortez, called and sworn. Direct examination begins by Ms. Taylor. |
| 4:19 p.m. | Cross examination begins by Mr. Golla. |
| 4:25 p.m. | Redirect examination by Ms. Taylor. |
| 4:26 p.m. | Witness excused. |
| 4:27 p.m. | Closing statement by Ms. Taylor. |
| 4:28 p.m. | Closing statement by Mr. Golla. |
| 4:30 p.m. | Comments and ruling by the Court. |

**ORDERED:   Motion To Suppress Out-Of-Court And Potential In-Court Identifications (Filed 3/5/13; Doc. No. 24) is DENIED.**

**Discussion regarding other pending motions.**

**ORDERED:   Motion For Discovery (Filed 3/5/13; Doc. No. 26) is GRANTED as CONFESSED.**

**ORDERED:   Request for Pretrial Notice Of 404(b) Evidence (Filed 3/5/13; Doc. No. 25) is DENIED as MOOT.**

**ORDERED:   Motion For Discovery Relating To Expert Opinion Testimony (Filed 8/27/13; Doc. No. 58) is DENIED as MOOT.**

**Mr. Golla states that the response to Doc. No. 59 will be filed "early next week".**

**The Court states that it will make its ruling on Doc. No. 59 as soon as the Defendant's response is filed.**

**ORDERED:   Defendant is remanded to the custody of the United States Marshal.**

**4:38 p.m.    Court in recess.**
Hearing concluded.
Total time in court: 2 hours, 22 minutes.