# DEFENDANT'S AMENDED EXHIBIT LIST

DATE: October 3, 2013

**United States of America v. John Doe, Case No. 12-cr-00346-JLK**

| EX NO | WITNESS/ PARTY | DESCRIPTION | STIP | OFF'D | RECEIVED | REFUSED | RULING RESERVED | COMMENTS/ OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| A | | ICE Interview / Report of Kiflu Ketema, dated 9/12/2011 | | | | | | |
| B | | ICE Interview / Report of Kiflu Ketema, dated 5/20/2011 | | | | | | |
| C | | ICE Interview / Report of Melkamsew Wolde Giorgis, dated 11/7/2012 | | | | | | |
| D | | ICE Interview / Report of Abebech Demissie, dated 4/1/2013 | | | | | | |
| E | | ICE Interview / Report of Nesibu Sibhat, dated 7/27/2011 | | | | | | |
| F | | HSI Interview / Report of Assayehgen Adinew Feleke, dated 5/23/2013 | | | | | | |
| G | | ICE Interview / Report of Amanuel Berhe, dated 4/11/2012 | | | | | | |
| H | | ICE Interview / Report of Chantal Camilien, dated 8/29/2013 | | | | | | |
| I | | ICE Interview / Report of USCIS Officer Tiffany Brown, dated 8/20/2013 | | | | | | |

| EX NO | WITNESS/ PARTY | DESCRIPTION | STIP | OFF'D | RECEIVED | REFUSED | RULING RESERVED | COMMENTS/ OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| J | | ICE Interview / Report of Tekele Seifu, dated 9/9/2013 | | | | | | |
| K | | ICE Interview / Report of Meraf and Tinsae Berhe, dated 5/31/2012 | | | | | | |
| L | | ICE Report / Collateral Request for Witness Interviews, dated 1/2/2013 | | | | | | |
| M | | ICE Report / Documentation of Alien Files, dated 12/19/2011 | | | | | | |
| N | | ICE Report / Search Warrant Execution at Worku's Residence, dated 8/30/2012 | | | | | | |
| O | | Inventory of Items Seized at Search Warrant Site, Report dated 8/24/2012 | | | | | | |
| P | | Sworn Statement of Amanuel Berhe, dated 4/7/2004 | | | | | | |
| Q | | Sworn Statement of Meraf Berhe, dated 4/7/2004 | | | | | | |
| R | | Application for Asylum, Nesibu Sibhat, dated 8/4/2003 | | | | | | |
| S | | Interview notes of Nesibu Sibhat, Application for Asylum, dated 10/28/2003 | | | | | | |
| T | | ICE Interview / Report of Kinfe Wolday, dated 9/26/2013 | | | | | | |

| EX NO | WITNESS/ PARTY | DESCRIPTION | STIP | OFF'D | RECEIVED | REFUSED | RULING RESERVED | COMMENTS/ OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| U | | ICE Report / Photo Lineup shown to Wolday, dated 6/1/2011 | | | | | | |
| V | | ICE Interview / Report of Samuel Ketema, dated 9/24/2013 | | | | | | |
| W | | Biographic Information, Amanuel Berhe, dated 11/21/2002 | | | | | | |
| X | | ICE Interview / Report of Asegedew Woldemariam, dated 9/24/2012 | | | | | | |
| Y | | ICE Interview / Report of Berhan Darge, dated 4/26/2012 | | | | | | |
| Z | | ICE Interview / Report of Samuel Berhe, dated 10/2/2013 | | | | | | |
| A-1 | | | | | | | | |
| A-2 | | | | | | | | |
| A-3 | | | | | | | | |
| A-4 | | | | | | | | |
| A-5 | | | | | | | | |