# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.: 12-cr-00346-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN DOE,
    a/k/a Habteab Berhe Temanu,
    a/k/a Habteab B Temanu,
    a/k/a "TUFA,"
    a/k/a Kefelegn Alemu,
    a/k/a Kefelegn Alemu Worku,

    Defendant.

---

## STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION OF TRIAL EXHIBITS, TRANSCRIPTS, AND PAPERS

---

    Following the completion of trial, the parties stipulate:

    1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

    2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

    DATED at Denver, Colorado this 11th day of October 2013.

BY THE COURT:

_/s/ John L. Kane_
John L. Kane, Senior Judge
United States District Court

_/s/ Brenda Taylor_
Counsel for Government

_/s/_
Counsel for Defendant