Case 1:12-cr-00346-JLK Document 170-2 Filed 02/24/17 USDC Colorado Page 1 of 4
Case 1:12-cr-00346-JLK Document 110-2 Filed 10/11/13 Page 2 of 49
Appellate Case: 14-1218   Document: 01019281538   Date Filed: 07/18/2014   Page: 326

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00346-JLK

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

1. **JOHN DOE**,
   a/k/a Habteab Berhe Temanu,
   a/k/a Habteab B Temanu
   a/k/a "TUFA",
   a/k/a Kefelegn Alemu,
   a/k/a Kefelegn Alemu Worku,

    Defendant.

---

## VERDICT FORM

---

### COUNT 1

We, the jury, upon our oaths, unanimously find the defendant, John Doe, in Count 1 of the indictment (see Instruction No. 3.2):

\_\_\_\_ Not Guilty

✓ Guilty

Case 1:12-cr-00346-JLK Document 170-2 Filed 02/24/17 USDC Colorado Page 2 of 4
Case 1:12-cr-00346-JLK Document 110-1 Filed 10/11/13 Page 2 of 4
Appellate Case: 14-1218   Document: 01019281538   Date Filed: 07/18/2014   Page: 327

## Special Interrogatories for Stipulated Instruction No. 3.2:

If you find John Doe guilty of Count 1, you should answer the following questions:

With respect to the N-400 document or the naturalization application:

1. Do you unanimously find the government proved beyond a reasonable doubt that John Doe falsely identified himself as "Habteab Berhe Temanu" under the headings: "Your current legal name" ; "Your signature" ; "Signature at interview" ; and "Oath of Allegiance?"

    ✓ Yes     ___No

2. Do you unanimously find that the government proved beyond a reasonable doubt that John Doe falsely represented under the heading "Information about your children" that he was the father of Samuel Habteab Berhe, Yishak Habteab Berhe, Amanuel Habteab Berhe, Meraf Habteab Berhe, and Tinsae Habteab Berhe?

    ✓ Yes     ___No

3. Do you unanimously find that the government proved beyond a reasonable doubt that John Doe falsely answered "no" to question 11: "Have you ever persecuted (either directly or indirectly) any person because of race, religion, national origin, membership in a particular social group, or political opinion?"

    ✓ Yes     ___No

4. Do you unanimously find that the government proved beyond a reasonable doubt that John Doe falsely answered "no" to question 15: "Have you ever committed a crime or offense for which you were not arrested?"

    ✓ Yes     ___No

5. Do you unanimously find that the government proved beyond a reasonable doubt that John Doe falsely answered "no" to question 23: "Have you ever given false or misleading information to any U.S. Government official while

Case 1:12-cr-00346-JLK Document 170-2 Filed 02/24/17 USDC Colorado Page 3 of 4
Case 1:12-cr-00346-JLK Document 110-1 Filed 10/11/13 Page 3 of 4
Appellate Case: 14-1218   Document: 01019281538   Date Filed: 07/18/2014   Page: 328

applying for any immigration benefit or to prevent deportation, exclusion, or removal?"

✓ Yes   ___ No

6. Do you unanimously find that the government proved beyond a reasonable doubt that John Doe falsely answered "no" to question 24: "Have you ever lied to any U.S. Government official to gain entry or admission to the United States?"

✓ Yes   ___ No

Case 1:12-cr-00346-JLK Document 170-2 Filed 02/24/17 USDC Colorado Page 4 of 4
Case 1:12-cr-00346-JLK Document 110-1 Filed 10/11/13 Page 4 of 4

Appellate Case: 14-1218     Document: 01019281538     Date Filed: 07/18/2014     Page: 329

## COUNT 2

We, the jury, upon our oaths, unanimously find the defendant, John Doe, in Count 2 of the superseding indictment (see Instruction No. 3.3):

___ Not Guilty

_✓_ Guilty

## COUNT 3

We, the jury, upon our oaths, unanimously find the defendant, John Doe, in Count 3 of the superseding indictment (see Instruction No. 3.4):

___ Not Guilty

_✓_ Guilty


Dated this _11_ day of _October_, 2013.