# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 29, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:   Kefelegne Alemu Worku, aka Habteab Berhe Temanu
        v. United States
        No. 15-7518
        (Your No. 14-1218)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

**EXHIBIT 4**