OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER DE16FQ11DE0016 |

TITLE: HABTEAB BERHE TEMANU

CASE STATUS:    INIT RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 052011 | 051811 | YP1 | 001 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
BACKGROUND INVESTIGATIO

TOPIC: CASE INITIATION/BACKGROUND INFORMATION

SYNOPSIS:
United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), Denver, Colorado has initiated an investigation into Habteab Berhe TEMANU, a naturalized US citizen from Ethiopia. Several members of the Ethiopian community in Denver have recently come forward and identified TEMANU as the head of a large prison during the late 1970's during a period known as the "red terror". They allege that TEMANU's real name is Kefelegn Alemu WORKU who was responsible for the torture and murder of dozens of political prisoners during that time. Possible criminal violations in the US include false statements (18USC1001) and naturalization by fraud (18USC1425).

This report serves to document the case initiation and to provide a background of information obtained to date.

| DISTRIBUTION: | SIGNATURE: | | |
|---|---|---|---|
| SACDE | LEMBKE | JEFFREY  W | SPECIAL AGENT |
| | APPROVED: | | |
| | KANE | EDWARD | OI GRP SUPERVISOR |
| | ORIGIN OFFICE: DE DENVER, CO - SAC | TELEPHONE: 303 721 3084 | |
| | | TYPIST: LEMBKE | |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

00000037

EXHIBIT 5

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY | PAGE 2 |
| ICE | CASE NUMBER DE16FQ11DE0016 |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 001 |

DETAILS OF INVESTIGATION:

1. HSI/Denver has initiated an investigation into Habteab Berhe TEMANU, a naturalized US citizen from Ethiopia. Several members of the Ethiopian community in Denver have recently come forward and identified TEMANU as the head of a large prison during the late 1970's during a period known as the "red terror". They allege that TEMANU's real name is Kefelegn Alemu WORKU who was responsible for the torture and murder of dozens of political prisoners during that time. Possible criminal violations in the US include false statements (18USC1001) and naturalization by fraud (18USC1425).

2. On 5/13/2011, Special Agent (SA) Jeff Lembke and SA Jon Grusing (FBI) met with Samuel KETEMA, Kiflu KETEMA, and Girma KETEMA, naturalized US citizens from Ethiopia. The meeting was also attended by private attorney Diane King and AUSA James Hearty and AUSA Brenda Taylor. During this meeting, the KETEMAs provided a general background of political events in Ethiopia during the late 1970's and described a person they know as Kefelegn Alemu WORKU as the head of a large prison who was responsible for the torture and murder of dozens of Ethiopian political prisoners.

3. Kiflu KETEMA, who provided much of the information, explained that during the late 1970's a brutal communist regime came to power in Ethiopia and began a period known as the "red terror". This regime executed political opponents and imprisoned Ethiopians who did not support the Marxist government. Kiflu stated that he was arrested by the regime in early 1978 because he (a student at the time) did not support the communist regime. Kiflu was jailed at a large prison known as the "Kebele 15" or "Kefetegna 15" which he explained translates to "Higher 15". Kiflu stated that prisoners were tortured, beaten and killed at the hands of the cadre in control of the "Higher 15" prison, which held approximately 1,500 prisoners.

4. Kiflu identified a leader of this cadre as Kefelegn Alemu WORKU (spelling of the name may vary according to Kiflu and the others), who may also be known only as Kefelegn ALEMU. According to Kiflu, WORKU was responsible for who was arrested, who went to prison, and who was tortured. Kiflu stated that WORKU is directly responsible for many murders which occurred at the prison.

5. Kiflu explained that in October of 1978 (while Kiflu was in jail) he heard that WORKU himself was arrested (presumably for abuses at the prison). Kiflu has heard that WORKU was placed a prison cell with an Ethiopian named Kinfe WOIDAYE. WORKU allegedly confessed to WOIDAYE, who is currently employed at the Denver International Airport (DIA) and uses cell number (720)280-7867, that he was responsible for 150 murders. Kiflu and the others

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE   3 |
| --- | --- |
| | CASE NUMBER DE16FQ11DE0016 |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 001 |

further stated that they could provide "a hundred" witnesses who could confirm the atrocities committed by WORKU and provided the names of a couple witnesses with whom they have been in recent contact, namely Nesibu SEBEHAT (703)300-4302 and Kaleab KASAHUN (614)331-9546. Kiflu explained that he and the others had heard that WORKU had resettled in Canada from Sudan for a period of time and had come to the US a number of years ago.

Agent's Note: A more detailed account of Kiflu and the others' personal experience, knowledge and observations during this period of time will be obtained during individual interviews.

6.    Kiflu recalled that he was walking to the COZY BAR, an Ethiopian restaurant located at 350 Havana Street, on or about 5/6/2011 when he saw an Ethiopian male whom he recognized as WORKU. Kiflu stated that he questioned the male and asked him if he was WORKU. The male told Kiflu that "maybe you are confused with my brother". Later, Kiflu (or someone he was with) obtained the license plate, 472 OVL, of the Toyota Corolla this male was driving. Subsequently, Kiflu and the others learned that this male, who they believed was using the name "Tufa", was recently fired from his job as a driver for DIA Airport Shuttle for causing an accident. Kiflu described him as early to mid-sixties, 5'9" tall, with graying hair, and he was absolutely certain the person he saw and spoke to was WORKU.

.       The meeting concluded and Samuel, Kiflu, and Girma KETEMA were advised that SA Lembke and SA Grusing would be in touch with them after following up on the many leads to attempt to identify the male observed by Kifla. They were instructed to not confront this male if they happened to see him again.

The investigation continues.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.