5/17/13 - meeting at the FPC

- experienced the allegations
in the plea agreement so only
allegations.

- S asked that I request that
this portion of the plea agreement
be taken out.

use reluctate
own seal material
S J

Q: S wants me to ask the immigration
lawyer if he thinks S will be
deported to Kenya

- explained to S the court that
simply contesting the allegations
via re. atrocities in Ethiopia
will not be necessary at final -
we can do that at sentencing.

EXHIBIT 6