
Abadi Tesfagaber
to:
Matt Golla
05/20/2014 11:03 AM
Hide Details
From: Abadi Tesfagaber <ahtesfa@gmail.com>
To: Matt Golla <Matt_Golla@fd.org>

The honorable Colorado District Court Judge Kaine,

My case no being 12 CR 00346-JLK, I would like to take the opportunity to express myself in accordance with the permission the court granted me. I would like to present this to the court through my lawyer Mr. Matt Gola.

Honorable Judge Kaine,

I have been charged with:

1. Unlawful procurement of Naturalization.

2. Identity theft

3. Misuse of visa

I would like to explain the basic cause of these charges:

1. A sudden upheaval and civil disobedience took place in our country and the government at the time could not control the situation. The reason for such public upheaval was famine in a region called Wollo.

As there were no organized political parties at the time, a group of individuals from different divisions of the armed forces formed a provisional committee to restore order and peace. Its motto was: "Ethiopia forward without a drop of blood." At the time, this body promised that it will go back to its barracks after it restored peace and stability in the country and after it had oversaw an election that would create a civilian government. To this end, it invited a number of progressive groups.

They were:

- **Meeson** —All European Students Association

- **Echeat** —All Ethiopian Exploited masses

- **Wez League** —Labour League

- **Seded** —A Group Representing the Defese Forces

- **Malred** — A Revolutionary Organization

These groups were to be organized and supervised by an entity called provisional office of the people's organization, the goal being: To organize and educate the people so that they can elect a civilian government in a democratic manner.

In 1967 E.C (1975 Gregorian Calendar) an Educational and Economic Development proclamation was issued. Accordingly, 60,000 students were sent to the countryside to carry out basic development functions. This involved the construction of schools and clinics. It also included a literacy campaign. In 1969 E.C (1977 Gregorian Calendar) I returned to my school. However, problems arose between those who completed and those who abandoned the campaign. Those who completed the campaign were labeled "saboteurs" "pro government" and were being isolated.

One day a close friend of mine by the name of Fikresilassie Tesfa was sent to me and told me that I was labeled as a pro-Dergue and that he was scared to be any friend from then on. He also warned me to examine my stand and make the necessary adjustments. As I had no affiliation with any political groups, I did not know what adjustments I was supposed to make. After that four of them vacated the dormitory. Three days after that, I found a flyer with E.P.R.P.'s emblem on my bed, which taunted if you do not leave the school,

**EXHIBIT 7**

action.... I then left the school and went to Nazareth (Nov. 1969 E.C—1977 Gregorian) after a little while, I went from Nazareth to Addis Ababa and I was employed by the Railway Station as a temporary employee. After working for a few months, I was employed by the Ministry of Housing and Urban Development. My duties included:

1. In the ministry, it was organizing associations

A. To supervise elections of officials to replace those who could not continue in their elected positions.

B. To administer nationalized houses whose rent was less than $100.00—Ethiopian Birr

C. To receive applications and pass them to my superiors.

| D.H. ICE | ASYLUM APPLICATION |
|---|---|
| Abebech: | February 1977 |
| **ARRESTED** At the end of 1977 | |
| **ARRESTED** From Her School by 6-8-Derg Solders with 12 other girls | -From her Family Home  -She was alone- by the political Cadre |
| **Tortured** almost every day    From 30-40 min. | |

**Abebech**

**-Demesse-** Join M.L.R.D and released

-They take me 100 meters away from one end –to the other

**-MS.T.W.Giorges:**

On 1/1/1977 He said was arrested. Higher 15 and met the official Kefelegh Alemu (by 5 armed Kebelle officals).

(D.H.S. ICE. Page 2 Report No 023)

**Feleke**

1. December 28 1977 arrested from his home at 3pm surrounded by armed guards-tank, Jeep kicked the door open and forced me out and took me to prison.

About a week later, they came back to kill six of us from prison two of us at one spot and then another two of us at another spot. But for some reason they returned two of us to the prison. After that I was released on September 11,1978.

### Again Feleke

**Arrested-** November 1978

**Arrested** From his sister's house

⇒ About 20 security officers

⇒ Was taken to higher 2

⇒ He was the only person –arrested- from his sister's house

⇒ About 50 people were surrounded in the neighborhood.

⇒ He was held for two weeks in higher 2

⇒ After that he was imprisoned for 2 years from 1978-1980 in higher the 15 prison

⇒ He said from 300-500 prisoners were there

⇒ Feleke said he saw Kefelegne Alemu almost every day for 2 years.

⇒ They threatened me with a bomb, grenades, guns

⇒ Feleke submitted a supporting letter for his Asylum seeker application for the detention of 5 years (78-83)

### Birhanu

1. On page 00001077 of the declaration, Birhanu stated that he returned from the campaign after 4 months although its full duration was stipulated to be 2 years.

2. He also stated that he was imprisoned on January 20, 1978 and was kept without due process and tortured. He said that the people responsible for his arrest were his law school seniors who he designated as S.W.G and S.G (page 0000 1078)

3. On Birhanu's asylum declaration, he stated that it took him 3 months to complete the application. The reason he gave was that he was troubled by his memories and nightmares he felt as if he was being taken back to prison by me, Kefelegn brandishing a gun.

If so, why didn't he mention the name of this "barbarian", Kefelegne in his application? It is easy to see the reason why all the above witnesses gave their testimonies the way they did.

It has a purpose that purpose is: to take advantage of the opportunity to portray me, their former political enemy, as a cruel torturer and make me responsible for all the crimes the brutal Dergue government committed. By doing so they hope to see the full force of the U.S legal system hit me hard. Such a revengeful plot was conceived and hatched by one of them who is a lawyer himself.

Honorable Judge Kaine,

1. These witness brothers of mine had, at the time they came to the U.S.A on various occasions presented their asylum seeker applications to the DHS.

A. This declaration states why an individual cannot live his country, what political problems one had faced and what types of torture/ abuse he experienced.

B. If he were to go back to his country, what consequences (like imprisonment torture or death) he might face. On the basis of these things a decision is reached.

This, what can one say about these witness brothers of mine changing the statements they gave in their asylum applications and try to connect every thing to me? That is what they did when they gave their version of events to the H.S special agents about me even changing dates and years. It has no other purpose but to see me severely punished.

C.  I myself was a victim of the system in that I was imprisoned (Oct. 1978-Dec. 1984) in The Central Investigation Bureau. While there, I had faced all the experiences E.P.R.P members faced. All of us underwent the same abuses and intimidations together sleeping in really crammed rooms.

One person stated that he used to see me at Higher 15 and that I used to torture him during 1979-1980. How is it possible? I was not at Higher 15 as I was in prison at that time.

He also stated in his asylum application that he was a 12th grade student in 1979-1980 in the Addis Ababa Prison High School. If so, how is it possible that I would torture him at Higher 15 during those years?

Judge Kaine,

I have the evidence that states that he was in the prison High School during 1979-1980. Such being the case, should people try to target others with totally misleading testimonies?

Judge Kaine,

I would like to say this:

Our country faced a horrible situation when people were dying like spring leaves would fall from trees.

This prompted the wrath of students and the general populace to take to the streets. And unrest and violence followed which led to the fall of the government in power, which in turn left a power vacuum leading to chaos and more unrest. Ethiopia fell victim to a selected 120 military officers who took advantage of the situation in the interest, as they claimed, of peace and mainly because there was no organized political party to run the country.

At the time the officers promised to go back to their barracks after supervising an election to form a civilian government. To this effect they invited both from inside and outside the country progressive groups to help educate and organize the people to be able to elect a democratic civilian government.

## Complete Falsehood

## From the Documents that came from Ethiopia

In page 59 Mr. Behailu Ayele stated: "He was the responsible Cadre of the peoples provisional organizing office in Nazareth." He took 45 men and 6 women and after… in the morning he requested were did they go? In 1984 their bodies were found in a place called Koka.

In page 57 Mrs. Tezeru Zikale (59th witness) said "I know Kefelegne Alemu. He was one of the authorities of the peoples provisional organizing office in Nazareth."

In page 53 Mr. Getahun Gulilat testified that Solomom Berhe was the investigator and torturer.

In page 40 a witness called Abebaw testified that he was not tortured himself. But he stated that Demsie, Surafel, and Solomon carried out torture and interrogation on permanent basis. He added that those individuals were former E.P.R.P members. He also said that he was released after 8 years and 4 months in prison.

In page 39 Nesibu Sibhat said that he was interrogated by Demisie, Solomon, Getahun and Gulilat (Captain Birhanu Yilma Surafel)

Pages 28, 29 and 30 include events that took place in 1977. But I was not in Higher 15 at the time.

Page 34-September 1977—I was told that "Higher 21 Revolutionary guards, Mr. Kefyalew wants to see you " Following that they first took me then Yemane Berhe and lastly Hailu Bedada.

Page 28 (23rd witness) stated that he/she knew Sium W/Mariam, Zeamanuel Girma, Tadese Zemede, Lakew, Getachew, Mr. Tadese, Gulilat and Teshome Worku because they took me to Kebele 34. This witness also said that in the evening Surafel and Mestawet Debebe tortured him/her, and was released after being imprisoned for four months.

Page 27, Mr. Tilahun Tefera stated that those killed inside the compound were two

Page 22, Nesibu, Demisie, Surafel , Mestewat