OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 27 2017
JEFFREY P. COLWELL
CLERK

12-cr-346-JLK
#181

Kefelegne Alemu Worku
ENGLEWOOD
FEDERAL C[ORRECTIONAL INSTITUTION]
Inmate Mail
9595 WEST
LITTLETON

NIXIE    808   SE 1    0003/23/17

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 80294259099    *1920-01700-14-40

neopost
03/14/2017
US POSTAGE $00.46
ZIP 80294
041L11245057

FIRST-CLASS MAIL

DENVER
CONFIDENTIAL MAIL
TO BE OPENED ONLY IN THE
PRESENCE OF THE INMATE